**UNITED STATES of America,
Appellee,**

v.

**Nery Saud CHACON, Appellant.**

**No. 11–1869.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 7, 2011.

Filed: Sept. 14, 2011.

Teresa Baumann, U.S. Attorney's Office, Cedar Rapids, IA, Kevin Craig Fletcher, I, U.S. Attorney's Office, Sioux City, IA, for Appellee.

Nery Saud Chacon, Beaumont, TX, pro se.

John P. Messina, Assistant, Federal Public Defender's Office, Des Moines, IA, for Appellant.

Before LOKEN, BYE, and COLLOTON, Circuit Judges.

PER CURIAM.

Nery Chacon pleaded guilty to illegally re-entering the United States after being deported following the commission of an aggravated felony, in violation of 8 U.S.C. § 1326(a), (b)(2). The district court[1] imposed a sentence of 46 months in prison and three years of supervised release. Chacon appeals. His counsel has moved to withdraw, and in a brief filed under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), he argues that the district court abused its discretion in imposing a substantively unreasonable sentence that was greater than necessary to achieve the sentencing goals of 18 U.S.C. § 3553(a).

Chacon has failed to rebut the presumption that his sentence, which falls at the bottom of the advisory Guidelines range, is not substantively unreasonable. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc). Additionally, having reviewed the record under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, the judgment of the district court is affirmed, and we grant counsel's motion to withdraw.

---

1. The Honorable Linda R. Reade, Chief Judge of the United States District Court for the Northern District of Iowa.